FILED

NOV 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   U.S. Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    MAG. NO. 03-229-ggh
              Plaintiff,         )
     v.                          )
                                 )    MOTION TO DISMISS COMPLAINT
DANIEL KARAPETYAN,               )    AND (proposed) ORDER
              Defendant.         )    DaO
_____)

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without prejudice the complaint for Unlawful Flight to Avoid Prosecution in the above referenced case, CR No 03-229-ggh, as against only defendant Daniel Karapetyan.

DATED: 11/17/11                      BENJAMIN WAGNER
                                     U.S. Attorney
                                     /s/Michelle Rodriguez
                                 By  _____
                                     MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice the underlying UFAP complaint in the above referenced case, MAG No 03-229-ggh as against defendant Daniel Karapetyan only is GRANTED.

DATED:   11/17/11                    _Dale A. Dzu_____
                                     HON. DALE A. DROZD
                                     U.S. MAGISTRATE JUDGE